IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:04-cr-10030-1 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHARLES LEE SHIRKS, | ) | By:  Hon. Robert S. Ballou |
| Petitioner. | ) | United States Magistrate Judge |

The United States filed a motion to deem its response to Petitioner's motion to vacate, set aside, or correct sentence as timely filed. The United States explains it filed its response on 12:17 a.m. on June 1, 2016, instead of by May 31, 2016. Appearing proper to do so, the United States' motion is **GRANTED**.

        Enter:  June 8, 2016

        /s/ Robert S. Ballou

        Robert S. Ballou
        United States Magistrate Judge